IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| WISE WELL INTERVENTION | § | |
| SERVICES, INC. | § | |
| | § | |
| Debtor, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-1079 |
| | § | |
| TIMOTHY EARLY, RODNEY DARTEZ, | § | |
| MILBURN DUCOTE. TERRY FLOYD | § | |
| AND RICHARD MUDGE | § | |
| | § | |
| V. | § | |
| | § | |
| RONALD J. SOMMERS | § | |

## ORDER OF DISMISSAL

In accordance with the parties' joint stipulation, (Docket Entry No. 16), this action is dismissed with prejudice. Each party is to bear its own fees and expenses.

SIGNED on June 15, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge